IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROLLAND L. TOCKEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3108 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DIRECTOR OF NE DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 32, the motion for leave to amend, filed by the plaintiff. In filing no. 32, the plaintiff requests leave to amend his complaint and add additional defendants. It is too late in the plaintiff's case to add new claims or new defendants. New claims or new defendants must be introduced in an entirely new case. However, the plaintiff may amend his complaint to clarify existing claims or defendants in this case. Therefore, filing no. 32 is denied insofar as the plaintiff seeks to add new defendants.

    SO ORDERED.

    DATED this 16th day of June, 2006.

                                                BY THE COURT:

                                                s/F.A. GOSSETT
                                                United States Magistrate Judge